# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2022 KW 0168

VERSUS

BOBBY WEATHERTON                                        **APRIL 22, 2022**

---

In Re:   Bobby Weatherton, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Ascension, No.
         24,715.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT GRANTED.**   The district court is ordered to proceed
toward disposition of relator's application for postconviction
relief, filed on April 19, 2021, if it has not already done so.

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.s.w_

DEPUTY CLERK OF COURT
      FOR THE COURT